UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

EMAD ALDEAN AHMAD A RAHMAN ALRAWASHDEH,

                         Plaintiff,

- against -

ALEJANDRO MAYORKAS, UR M. JADDOU, and ANDREA QUARANTILLO,

                         Defendants.

**ORDER**

22 Civ. 6817 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In this action, Plaintiff seeks a writ of mandamus "to compel the Defendants and those acting under them to take all appropriate action to adjudicate the Plaintiff's (Form I-485) Application to Adjust Status to Lawful Permanent Resident without further delay." (Am. Cmplt. (Dkt. No. 6) ¶ 1)

        Plaintiff commenced this action by filing a Complaint on August 10, 2022. (Dkt. No. 1) Plaintiff filed an Amended Complaint on August 12, 2022. (Dkt. No. 6) The Clerk of Court issued an electronic summons on August 29, 2022. (Dkt. No. 8)

        To date, no proof of service of the summons and Amended Complaint on any of the Defendants has been filed.

        Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court— on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

2

By **July 9, 2024**, Plaintiff will file proof of service of the summons and Amended Complaint on Defendants. If proof of service is not filed by **July 9, 2024**, and if Plaintiff does not make a written application to the Court to extend the time for service, showing good cause for the failure to serve, Plaintiff's claims against Defendants **will be dismissed**.

Dated: New York, New York
       June 24, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge